**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

________________ Division

**CIVIL RIGHTS COMPLAINT FORM**

Brent Jenkins

CASE NUMBER: 3:13-cv-863-J-99TJC JRK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Jacksonville Sheriffs Office
S.L Brown J.M Paris
K.W Burroughs R.L Pruett
W.L Campbell

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED
2013 JUL 18 PM 1:46
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: Southern State Correctional Facility. 700 Charlestown Rd; Springfield, Vt 05156
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): Brent Jenkins

Defendant(s): Jacksonville Sheriffs Office; S.L Brown, K.W. Burroughs, W.L Campbell, J.M Paris, R.L Pruett.

2. Court (if federal court, name the district; if state court, name the county):

Jacksonville, Fl

3. Docket Number: 3:13-cv-535-J-34JRK

4. Name of judge: Marcia Morales Howard

5. Briefly describe the facts and basis of the lawsuit: My Jaw was broken while I was already in hand cuffs and never gave any resistance

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Dismissed without prejudice

7. Approximate filing date: 4/13/2013

8. Approximate disposition date: 5/30/2013

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: ______

______

______

______

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Brent Jenkins

Mailing address: 700 Charlestown Rd. Springfield, VT 05156

B. Additional Plaintiffs: ______

______

______

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Jacksonville Sheriffs Office

Mailing Address: Jacksonville Sheriffs Office 501 E. Bay St. Jacksonville, Fl 32202

Position: ______

Employed at: ______

D. Defendant: S. L Brown

Mailing Address: Jacksonville sheriffs office 501 E. Bay St. Jacksonville, Fl 32202

Position: Det.

Employed at: Jacksonville Sheriffs Office

E. Defendant: K. W Burroughs

Mailing Address: Jacksonville Sheriffs Office 501 E. Bay St. Jacksonville, Fl 32202

Position: Det.

Employed at: Jacksonville Sheriffs Office

F. Defendant: W. L Campbell

Mailing Address: Jacksonville Sheriffs Office 501 E. Bay St. Jacksonville, Fl 32202

Position: Det.

Employed at: Jacksonville Sheriffs Office

G. Defendant: J. M Paris

Mailing Address: Jacksonville Sheriffs Office 501 E. Bay St. Jacksonville, Fl 32202

Position: Det

Employed at: Jacksonville Sheriffs Office

R.L Pruett

Jacksonville Sheriffs Office 501 E. Bay St. Jacksonville, Fl 32202

Det.

Jacksonville Sheriffs Office.

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

I was exposed to cruel and unusual punishment, and excessive force.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

On July 16, 2009, I Brent Jenkins sold and bought drugs from Det S.L Brown and W.L campbell in a reverse sting conducted by JSO tactical team at 715 N. Main St. A shell gas station. While I tried to leave, a white Durango pulled up and a bunch of masked officers jumped out and told me to get on the ground. I did as I was told and was jumped on by a officer. I was never charged

with resisting arrest, I was secured and told to spit out the drugs, I said I didn't Know what they were talking bout. What happen next is blurry. It felt like someone stomped on the back of my head, Atleast thats what Brandy Stocksdale, my co-defendant, said. I was rendered unconsicious for a minute. When I came to my Jaw was shattered and I was bleeding provusily. The officers just laughed and too pictures.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I am asking for all hospital bills be paid and

for relief in terms of monetary resolutions.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 4 day of July, 2013.

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☑ deposited in the prison's internal mail on: the 4 day of July, 2013.